COPY

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Taylor, Gary L | 2. Court or Organization<br><br>U.S. Dist. Court/Central Dist. | 3. Date of Report<br><br>5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active/Senior)   Active 01/01 to 12/08; Senior 12/08 to 12/31) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br><br>to<br><br>12/31/2004 |
| 7. Chambers or Office Address<br><br>411 W. Fourth Street<br><br>Santa Ana, California 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____. Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 12 11:06 AM '05 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Gary L | 5/5/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | | | reporting period | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | Expeditors (Stock) | A | Dividend | J | T | | | | | | |
| 9. | Fedex Corp. (Stock) | A | Dividend | J | T | Buy | 9/30 | J | | | |
| 10. | First Data Corp. (Stock) | A | Dividend | J | T | | | | | | |
| 11. | Flextronics (Stock) | A | Dividend | J | T | | | | | | |
| 12. | G.E. (Stock) | A | Dividend | J | T | | | | | | |
| 13. | Home Depot (Stock) | A | Dividend | J | T | | | | | | |
| 14. | Idexx (Stock) | A | Dividend | J | T | | | | | | |
| 15. | Johnson & Johnson (Stock) | A | Dividend | J | T | | | | | | |
| 16. | Kohl's Corp. (Stock) | A | Dividend | J | T | | | | | | |
| 17. | Lincare (Stock) | A | Dividend | J | T | | | | | | |
| 18. | Linear Tech (Stock) | A | Dividend | J | T | see comments | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                              P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Gary L | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MBNA (Stock) | A | Dividend | J | T | | | | | |
| 20. Medtronic (Stock) | A | Dividend | J | T | | | | | |
| 21. Mercury Inter. (Stock) | A | Dividend | J | T | | | | | |
| 22. Northern Trust (Stock) | A | Dividend | J | T | | | | | |
| 23. Patterson Dental (Stock) | A | Dividend | J | T | | | | | |
| 24. Pfizer (Stock) | A | Dividend | J | T | Sold (Part) | 9/30 | J | D | |
| 25. Quest Diag. (Stock) | A | Dividend | J | T | | | | | |
| 26. State Street (Stock) | A | Dividend | J | T | | | | | |
| 27. Stericycle (Stock) | A | Dividend | J | T | | | | | |
| 28. Texas Inst. (Stock) | A | Dividend | J | T | | | | | |
| 29. Univision (Stock) | A | Dividend | J | T | | | | | |
| 30. Wells Fargo (Stock) | A | Dividend | J | T | | | | | |
| 31. Zebra Tech. (Stock) | A | Dividend | J | T | Buy | 5/17 | J | | |
| 32. ACCOUNT: | | | | | | | | | |
| 33. Schwab Money Fund | B | Interest | K | T | | | | | |
| 34. IRA ACCOUNTS: | | | | | | | | | |
| 35. American Century Equity (Mutual Fund) | | None | K | T | | | | | |
| 36. Safeco Equity (Pioneer) (Mutual Fund #1) | | None | J | T | | | | | |

1. Income/Gain Codes: A. =$1,000 or less     B. =$1,001-$2,500     C. =$2,501-$5,000     D. =$5,001-$15,000     E. =$15,001-$50,000
(See Columns B1 and D4)    F. =$50,001-$100,000     G. =$100,001-$1,000,000     H1. =$1,000,001-$5,000,000     H2. =More than $5,000,000
2. Value Codes:     J. =$15,000 or less     K. =$15,001-$50,000     L. =$50,001-$100,000     M. =$100,001-$250,000
(See Columns C1 and D3)    N. =$250,000-$500,000     O. =$500,001-$1,000,000     P1. =$1,000,001-$5,000,000     P2. =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000     P4 =$More than $50,000,000
3. Value Method Codes    Q. =Appraisal     R. =Cost (Real Estate Only)     S. =Assessment     T. =Cash/Market
(See Column C2)    U. =Book Value     V. =Other     W. =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Gary L | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Safeco Equity (Pioneer) (Mutual Fund #2) | | None | J | T | | | | | |
| 38. Managers First Quadrant (Mutual Fund #1) | | None | K | T | | | | | |
| 39. Managers First Quadrant (Mutual Fund #2) | | None | J | T | | | | | |
| 40. Sound Shore Fund Inc. (Mutual Fund #1) | | None | K | T | | | | | |
| 41. Sound Shore Fund Inc. (Mutual Fund #2) | | None | J | T | | | | | |
| 42. Strong Schafer Multi Cap Value (Mutual Fund #1) | | None | J | T | | | | | |
| 43. Strong Schafer Multi Cap Value (Mutual Fund #2) | | None | J | T | | | | | |
| 44. Vanguard 500 Index (Mutual Fund #1) | | None | J | T | | | | | |
| 45. Vanguard 500 Index (Mutual Fund #2) | | None | K | T | | | | | |
| 46. Vanguard Growth Index Fund (Mutual Fund) | | None | K | T | | | | | |
| 47. Vanguard Primecap (Mutual Fund) | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS and TRUSTS:
#18) (Reported Sold in 2003, but only sold part.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Taylor, Gary L | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉          Date  May 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544